UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        Case No. 8:19-cr-268-T-17AEP

BRYAN ENGLISH

## ORDER TO DEPOSIT FUNDS AND DISBURSE

Before this Court is the United States' Unopposed Motion for an Order to Deposit Funds and Disburse, Doc. 20.

Being fully advised in the premises, the Court finds that to best serve the purpose of English's anticipated restitution, the Clerk of Court shall accept English's prejudgment payments. The unopposed motion is **GRANTED**.

It is further ordered that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment, the Clerk of the Court shall withdraw and apply the deposited funds /AND ACCRUED INTEREST, IF ANY, to the criminal monetary penalties imposed against the defendant as provided by law and in accordance with the Clerk's standard operating procedures.

**ORDERED** in Tampa, Florida, on June 27th, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel
of record