UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 8:19-cr-268-T-17AEP

BRYAN ENGLISH

## ORDER OF FORFEITURE

The defendant pleaded guilty to Count One of the Information which charges him with a money laundering conspiracy, in violation of 18 U.S.C. § 1956(h), and the United States has established that over $30,000.00 was involved in the offense.

The United States moves under 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $30,000.00 involved in the money laundering conspiracy which the defendant kept as profit. The motion is GRANTED. The United States is entitled to forfeit the $30,000.00 involved in the offense which the defendant kept as profit.

Because the $30,000.00 was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $30,000.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to

address any third-party claim.

DONE and ORDERED in Tampa, Florida, this 11th day of JULY, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2